**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-19-0000277**
**10-APR-2019**
**09:29 AM**

NO. CAAP-19-0000277

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

GRACE LYNNE HAUNANI RASBORNICK, Individually and as Successor Trustee of the Trust B of the Unrecorded J.& M. Morris Family Trust, Dated December 27, 1995, Plaintiff-Appellant, v. CLAIRE K. JOHNSON, Successor Trustee under That Certain Unrecorded Revocable Trust of Kurt E.K. Johnson Dated February 23, 1982, as Amended; CLAIRE K. JOHNSON, Trustee under That Certain Unrecorded Revocable Trust of Claire K. Johnson Dated February 23, 1982, as Amended; ARNA L. JOHNSON and KOA P. JOHNSON, Trustees under That Certain Unrecorded Irrevocable Trust of Kurt E.K. Johnson, Dated December 30, 1991; HEIRS AND ASSIGNS OF GARRO KEEAUMOKU JOHNSON also known as GARRO K. JOHNSON; ARNA L. JOHNSON; KOA P. JOHNSON; PAUL TROY MORRIS; LAURIE RAE KAIULANI FORBES; JOHN DANIEL KEOLA MORRIS; and JOHN DOES 1-50; JANE DOES 1-50; JOHN DOE CORPORATIONS 1-10 and JOHN DOE PARTNERSHIPS 1-10, Defendants-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-1202-06 JPC)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed March 29, 2019, by Defendants-Appellees Claire K. Johnson, as Successor Trustee and Trustee, Arna L. Johnson, Individually and as Trustee, Koa P. Johnson, Individually and as Trustee, and Laura Lee Dellinger-Johnson, as Successor Trustee, the papers in support, and the record, it appears that (1) the

appeal has not been docketed; (2) the parties stipulate to dismiss the appeal with prejudice, and to bear their own attorneys' fees and costs; (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, April 10, 2019.


Presiding Judge


Associate Judge


Associate Judge

2